UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TONY BALL,

    Plaintiff,

v.                                          CASE NO.  3:15cv6/MCR/CJK

COMMUNITY ACTION PROGRAM
COMMITTEE, INC.,

    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 18, 2016.  ECF No. 41.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The defendant's motion for summary judgment, ECF No. 38, is **GRANTED**.

3. The clerk is directed to enter judgment in favor of defendant and against plaintiff and close the file.

**DONE AND ORDERED** this 16th day of September 2016.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**